# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

SUMAYAH HODGES,

        Plaintiff,

vs.

STATE OF NEVADA, *et al*.,

        Defendants.

Case No. 2:19-cv-01789-JAD-VCF

**REPORT AND RECOMMENDATION**

APPLICATION TO PROCEED IN FORMA PAUPERIS (EFC NO. 1) AND COMPLAINT (ECF NO. 1-1)

     Before the Court is pro se plaintiff Sumayah Hodges's application to proceed in forma pauperis (ECF No. 1) and complaint (ECF No. 1-1). On November 26, 2019, the Court denied Hodges's application because she did not complete the application or include adequate information regarding her income. (ECF No. 4 at 1). The Court directed plaintiff to either file a completed application or pay the filing fee by December 27, 2019. (*Id*. at 4). The Court warned plaintiff that failure to timely comply with the order could result in a recommendation that the Court dismiss the case. (*Id.*). The Court also warned plaintiff that failure to file a written notification regarding any change of address with the Court could result in dismissal. (*Id.*)

     Plaintiff has not amended her application. A filing fee is required to commence an action unless the Court grants an application to proceed in forma pauperis. 28 U.S.C. § 1914-1915. The Court denied Plaintiffs' application to proceed in forma pauperis, and Plaintiffs have taken no further steps to amend the application or pay the filing fee. A complaint has not been lodged in this matter since the Court denied the application and the plaintiff did not pay the filing fee. There are no claims to dismiss. Plaintiff has also failed to maintain a current address with the Court. The post office returned the notice of the Court's order as undeliverable. (ECF Nos. 5 and 6).

//

ACCORDINGLY,

It is RECOMMENDED that the Clerk of Court administratively close Hodges's case.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

DATED this 4th day of March 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE