# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sumayah Hodges,<br><br>    Plaintiff<br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants | Case No. 2:19-cv-01789-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Closing Case**<br><br>[ECF No. 7] |

On March 4, 2020, the magistrate judge recommended that the Clerk of Court administratively close this case because no complaint has been lodged and there are no active claims.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 7] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT the Clerk of Court is directed to CLOSE THIS CASE.

Dated: March 20, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 7.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).