**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Sumayah Hodges,<br><br>    Plaintiff<br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants | Case No.: 2:19-cv-01789-JAD-VCF<br><br>**Order Denying Motion in Closed Case**<br><br>[ECF No. 9] |

Five months ago, the court closed this case. The plaintiff had not paid the filing fee or completed a proper application to proceed in forma pauperis, she was ordered to file a new complaint because hers was illegible, and mail was being returned because the plaintiff had not updated her address with the court.[1] The court would have dismissed the case, but because the lack of a legible complaint left the plaintiff with no claims, the case was simply closed.[2]

Plaintiff has now filed a 76-page document entitled "Change of Address/Special Considerations." To the extent that Hodges seeks to advise the court of her new address, the court's records have been updated accordingly. To the extent that Hodges seeks to take any further action or seek any relief in this **closed case**, including seeking orders for "return of property," the annulment of marriages, a ten billion dollar cashier's check, and for "this Court to purchase a new G65 or Rose [sic] Royce Phantom in any color (burgany [sic] or black if possible) and have it special delivered" to her, IT IS HEREBY ORDERED that the request **[ECF No. 9] is DENIED.** Plaintiff is advised **THAT THIS CASE HAS BEEN CLOSED** and that **NO FURTHER DOCUMENTS MAY BE FILED IN THIS CLOSED CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 7, 2020

---

[1] *See* ECF Nos. 4, 5, 6.

[2] *See* ECF Nos. 7, 8.